IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALBEMARLE CORPORATION                                               PLAINTIFF

VS.                               CASE NO. 03-CV-1112

GREAT LAKES CHEMICAL CORPORATION                    DEFENDANT

### ORDER

Before the Court is Plaintiff Albemarle Corporation's Motion to Dismiss with Prejudice. (Doc. No. 47). Having advised the Court that this matter has been settled, Plaintiff moves for a dismissal with prejudice of its Complaint and Amended Complaint filed in this action against the Defendant, Great Lakes Chemical Corporation. IT IS THEREFORE ORDERED that the Complaint and Amended Complaint in this action are hereby dismissed with prejudice.

If any party desires the terms of the settlement be a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Order.

The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated this 1st day of December, 2005.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge